# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. DEAN HAKKAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a corporation, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-09205-JAK-JPR<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 25)**<br><br>**JS-6** |

Pursuant to the parties' stipulation, the above-referenced action is dismissed in its entirety, with prejudice, as to all parties. The parties are to bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 2, 2020

_____
John A. Kronstadt
United States District Judge